RECEIVED

APR - 4 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT F. WASHINGTON | CIVIL ACTION NO. 12-cv-0301 |
| VERSUS | JUDGE STAGG |
| CATHERINE WASHINGTON | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 19(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3rd day of April, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE